IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02625-BNB

DIMITRIC AUSTIN,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

ORDER OF DISMISSAL

    Plaintiff, Dimitric Austin, is in the custody of the Colorado Department of Corrections and is incarcerated currently at the Sterling Correctional Facility.  He initiated this action by filing *pro se* a Letter with the Court purporting to challenge the conditions of his confinement.

    In an October 3, 2012 Order, Magistrate Judge Boyd N. Boland directed Mr. Austin to correct certain deficiencies in this action.  Specifically, Mr. Austin was ordered to submit, within thirty days from the date of the Order, a Complaint on the court-approved Prisoner Complaint form.  Mr. Austin was also directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with a certified copy of his inmate trust fund account statement for the preceding six-month period.  Alternatively, Mr. Austin was advised that he could elect to pay the $350.00 filing fee.  Magistrate Judge Boland warned Mr. Austin in the October 3 Order that failure to comply by the court-ordered deadline would result in dismissal of the action without further notice.

Mr. Austin has failed to submit any documents in compliance with the October 3 Order and has not communicated with the Court since he initiated this action on October 2, 2012. Therefore, this action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. **See Coppedge v. United States**, 369 U.S. 438 (1962). If Mr. Austin files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the October 3, 2012 Order Directing Applicant to Cure Deficiencies. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Mr. Austin has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Austin may file a motion in the Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  14th  day of    November    , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court